**Florica GEORGESCU, Plaintiff—Appellant,**

v.

**JAMAN KAHN & ASSOCIATES; et al., Defendants—Appellees.**

No. 02–56443.

D.C. No. CV–02–01501–AHM.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Florica Georgescu appeals pro se the district court's judgment dismissing her action alleging violations of 42 U.S.C. § 1983, the Racketeer Influenced and Corrupt Organizations Act, and fraud. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals for failure to state a claim upon which relief may be granted, *see Lee v. City of Los Angeles,* 250 F.3d 668, 679 (9th Cir.2001), and affirm.

The district court properly dismissed Georgescu's federal action based on the doctrine of *res judicata* because Georgescu's current claims either were or could have been litigated in a prior state action that involved the same parties and resulted in a judgment on the merits. *See Monterey Plaza Hotel Ltd. P'ship v. Local 483 of the Hotel Employees & Rest. Employees Union, AFL–CIO,* 215 F.3d 923, 927–928 (9th Cir.2000).

Georgescu's remaining contentions lack merit.

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.